Shaun I. Blick, Esq.
Blick Law LLC
220 Davidson Avenue, Suite 300
Somerset, New Jersey 08873
(848) 222-3500 - Telephone
(848) 222-3550 - Fax
sblick@blicklaw.com
*Attorneys for Plaintiffs*
*James S. Goydos and Maria E. Martins*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES S. GOYDOS and MARIA E. MARTINS, <br><br> Plaintiffs, <br><br> vs. <br><br> RUTGERS, THE STATE UNIVERSITY a/k/a RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY a/k/a RUTGERS, RUTGERS CANCER INSTITUTE OF NEW JERSEY (an independent institute at Rutgers, The State University), RWJ BARNABAS HEALTH, INC., STEVEN K. LIBUTTI, individually and in his official capacity, BRIAN L. STROM, individually and in his official capacity, SAIBER LLC, WILLIAM F. MADERER, individually and in his official capacity, DANALYNN T. COLAO, individually and in her official capacity, JOHN AND JANE DOES 1-10 (names being fictitious and unknown), and ABC CORPS. 1-10 (names being fictitious and unknown), <br><br> Defendants. | Civil Action No. 3:19-cv-8966 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs James S. Goydos and Maria E. Martins hereby give notice of the voluntary dismissal, without prejudice, of all causes of

action and claims asserted in the Complaint as against the following Defendants:

    RWJ Barnabas Health, Inc.
    Saiber LLC
    William F. Maderer
    DanaLynn T. Colao

The aforesaid Defendants have previously filed motions pursuant to Fed. R. Civ. P. 12(b)(6) and which were administratively terminated by this Court. As such, no answers or motions for summary judgment have been filed as to the claims being voluntarily dismissed without prejudice. Accordingly, dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) is appropriate.

                                    Respectfully submitted,
                                    BLICK LAW LLC

                      By:    s/ SHAUN I. BLICK, ESQ.
                                  Shaun I. Blick, Esq.

Dated:       February 1, 2021

                                                      "SO ORDERED."

                                Date: 2/1/2021    Brian R. Martinotti, U.S.D.J.