**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES S. GOYDOS and MARIA E. MARTINS,<br><br>   Plaintiffs,<br>v.<br><br>RUTGERS, THE STATE UNIVERSITY *et al.*,<br><br>   Defendants. | Civil Action No. 21-07895<br><br>**ORDER** |

**CASTNER, District Judge**

   **THIS MATTER** having been opened to the Court upon Plaintiffs James S. Goydos' and Maria E. Goydos' ("Plaintiffs") Motion for Partial Reconsideration ("MFPR") of this Court's October 29, 2021 Order (ECF No. 77), and Memorandum Opinion (ECF No. 76), dismissing Plaintiffs' claims against Defendant Steven K. Libutti ("Dr. Libutti") (ECF No. 95), by and through their counsel and Defendants opposing; the Court having considered the submissions of the parties and without oral argument, pursuant to Local Civil Rule 78.1(b), and for the reasons set forth in the accompanying Memorandum Opinion filed on this date, and for good cause shown,

   **IT IS** on this 27th day of February, 2023,

   **ORDERED** that the Motion for Partial Reconsideration of this Court's October 29, 2021 Order (ECF No. 77), and Memorandum Opinion (ECF No. 76), dismissing Plaintiff's claims against Defendant Steven K. Libutti filed by Plaintiffs James S. Goydos and Maria E. Goydos (ECF No. 95) is **DENIED**.

11

Date: <u>February 27, 2023</u>   <u>*/s/ Georgette Castner*       </u>

GEORGETTE CASTNER, U.S.D.J.

12