# jackson|lewis.

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
200 Connell Drive
Suite 2000
Berkeley Heights NJ 07922
Tel 908 795-5200
Fax 908 464-2614
www.jacksonlewis.com

Jason C. Gavejian – Managing Principal

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RALEIGH, NC |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NASHVILLE, TN | RIVERSIDE, CA |
| BALTIMORE, MD | HOUSTON, TX | NEW ORLEANS, LA | SACRAMENTO, CA |
| BERKELEY HEIGHTS, NJ | INDIANAPOLIS, IN | NEW YORK, NY | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | NORFOLK, VA | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | OMAHA, NE | SAN FRANCISCO, CA |
| CHARLOTTE, NC | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHICAGO, IL | LONG ISLAND, NY | ORLANDO, FL | SEATTLE, WA |
| CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CLEVELAND, OH | LOUISVILLE, KY | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MIAMI, FL | PORTLAND, OR | WASHINGTON DC REGION |
| DENVER, CO | | PORTSMOUTH, NH | WHITE PLAINS, NY |

JOHN K. BENNETT
Email: John.Bennett@jacksonlewis.com

March 14, 2023

**VIA ECF FILING**
The Honorable Douglas E. Arpert
U.S. Magistrate Judge
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

Re: Goydos, et al. v, Rutgers, The State University, et al.
Case No. 3:19-cv-08966-GC-DEA

Dear Judge Arpert:

This is to confirm the advice from Your Honor's Chambers that earlier today the Court entered an Order referring this action to mediation with U.S. Chief Judge Freda L. Wolfson (Ret.), as a result of which all proceedings and deadlines are stayed, including but not limited to those pursuant to Local Civil Rule 7.1(i) (Motions for Reconsideration), and Federal Rules of Civil Procedure 12(a)(4)(a) (Time to Answer after Rule 12(b)(6) ruling), and Fed. R. Civ. P. 59 and 60.

We thank the Court for its consideration.

Respectfully submitted,
JACKSON LEWIS P.C.

John K. Bennett

JKB/lcs
cc: Shaun I. Blick, Esq. (By ECF Filing)

4854-1770-1719, v. 1