| | |
|---|---|
| **JAMES S. GOYDOS and MARIA E. GOYDOS,** | : UNITED STATES DISTRICT COURT |
| Plaintiffs, | : DISTRICT OF NEW JERSEY |
| v. | : Civil Action No. 19-8966 (GC) |
| **RUTGERS, THE STATE UNIVERSITY, et.al.,** | : **MEDIATION ORDER** |
| Defendants. | |

**IT APPEARING** that mediation of this matter would conserve the resources, and be in the best interest of, the parties and the Court; and good cause appearing for the entry of this Order:

**IT IS on this 14th day of March 2023**

**ORDERED THAT:**

1. This action is hereby referred to Hon. Freda L. Wolfson, USDJ (ret.) as Mediator consistent with Local Civil Rule 301.1.

2. Counsel must promptly contact the Mediator to schedule the Mediation. The Mediation must be concluded by May 15, 2023.

3. Within seven (7) days of this filing, Plaintiff's counsel must forward copies of this Order together with the pleadings filed in this action to the Mediator.

4. Trial counsel and the parties' authorized representatives cooperate with the Mediator and must attend all mediation sessions as required by the Mediator.

5. Pending completion of Mediation, the Clerk is directed to administratively terminate this action from the Court's active docket, without prejudice to restoration upon completion of Mediation.

6. The Court will conduct a telephone status conference on May 23rd, 2023 at 3:00 P.M. Plaintiff's counsel must initiate the call. The parties must submit a joint status report to the Court at least 48 hours in advance of the conference.

 s/ Douglas E. Arpert   
**DOUGLAS E. ARPERT**  
**United States Magistrate Judge**
