# JacksonLewis

Jackson Lewis P.C.
200 Connell Drive, Suite 2000
Berkeley Heights NJ  07922
(908) 795-5200 Main
(908) 464-2614 Fax
jacksonlewis.com
Jason C. Gavejian – Managing Principal

JOHN K. BENNETT
Email: John.Bennett@jacksonlewis.com

ROBERT J. CINO
Email: Robert.Cinot@jacksonlewis.com

June 27, 2023

**Via ECF**
Hon. Georgette Castner, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 5E
Trenton, New Jersey 08608

          Re:    Goydos v. Rutgers, The State University of New Jersey, *et al.*
                   Civil Action No.: 3:19-cv-08966-GC-DEA

Dear Judge Castner:

      This Firm represents Defendant, Rutgers, The State University of New Jersey ("Rutgers"), in this action. Currently pending before this Court is Rutgers' motion for partial reconsideration of the Court's February 28, 2023 Opinion and Order.

      We write pursuant to Local Civil Rule 78.1(b), to respectfully request oral argument on this reconsideration motion.  Rutgers previously requested oral argument in its notice of motion [ECF Doc. 109, #3]. Rutgers respectfully submits that oral argument would assist the Court in considering and deciding this motion. The return date of this motion presently is July 3, 2023.

      We thank the Court for its consideration of this request.

                                Very truly yours,

                                JACKSON LEWIS P.C.

                                John K. Bennett, Esq.
                                Robert J. Cino, Esq.

JKB/RJC/CCH:tm

cc:    Mark A. Speed, Esq. (via ECF)

4887-8813-6812, v. 1