Mark A. Speed, Esq.
Blick Law LLC
220 Davidson Avenue, Suite 300
Somerset, New Jersey 08873
(848) 222-3500 - Telephone
(848) 222-3550 - Fax
mspeed@blicklaw.com
*Attorneys for Plaintiffs*
*James S. Goydos and Maria E. Martins*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                :
JAMES S. GOYDOS and MARIA E. MARTINS,                           :
                                                                :     Civil Action No. 3:19-cv-8966
                              Plaintiffs,                        :
                                                                :
            vs.                                                 :
                                                                :
RUTGERS, THE STATE UNIVERSITY, a/k/a                            :
RUTGERS, THE STATE UNIVERSITY OF NEW                            :
JERSEY, a/k/a RUTGERS, RUTGERS CANCER                          :
INSTITUTE OF NEW JERSEY (an independent                        :
institute at Rutgers, The State University), et al.,           :
                                                                :
                              Defendants.                       :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

**STIPULATION OF EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, James S. Goydos and Maria E. Martins (collectively, "Plaintiffs"), and Defendant Rutgers, the State University of New Jersey ("Rutgers"), through their respective attorneys, that the time for Plaintiffs to answer, move, or otherwise respond to Rutgers' Counterclaims be and hereby is extended by fourteen (14) days, through and including August 11, 2023.

JACKSON LEWIS P.C.
*Attorneys for Defendant*
*Rutgers, the State University of New Jersey*

By: _____
John K. Bennett, Esq.

Dated: July 25, 2023

BLICK LAW LLC
*Attorneys for Plaintiffs*
*James S. Goydos and Maria E. Martins*

By: _____
Mark A. Speed, Esq.

Dated: July 15, 2023

IT IS so ORDERED this 26th day of July, 2023.

_____
Douglas E. Arpert
United States Magistrate Judge

2