Mark A. Speed, Esq.
Blick Law LLC
220 Davidson Avenue, Suite 300
Somerset, New Jersey 08873
(848) 222-3500 - Telephone
(848) 222-3550 - Fax
mspeed@blicklaw.com
*Attorneys for Plaintiffs James S. Goydos and Maria E. Martins*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

------------------------------------- x
                                              :
JAMES S. GOYDOS and MARIA E. MARTINS,  :
                                              :  Case No. 3:19-cv-8966 (GC) (DEA)
             Plaintiffs,  :
  vs.                                            :
                                              :  **NOTICE OF PLAINTIFFS'**
RUTGERS, THE STATE UNIVERSITY, a/k/a  :  **MOTION TO DISMISS**
RUTGERS, THE STATE UNIVERSITY OF NEW  :  **DEFENDANT'S**
JERSEY, a/k/a RUTGERS, RUTGERS CANCER  :  **COUNTERCLAIMS AND FOR**
INSTITUTE OF NEW JERSEY (an independent  :  **LEAVE TO AMEND**
institute at Rutgers, The State University), et al,  :
                                              :
           Defendants.  :
------------------------------------- x

TO:  John K. Bennett, Esq.
       JACKSON LEWIS P.C.
       200 Connell Drive, Suite 2000
       Berkley Heights, New Jersey 07922

PLEASE TAKE NOTICE that on Monday, September 5, 2023, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs James S. Goydos and Maria E. Martins, by and through their attorneys, Blick Law LLC, will move before this Court, for an Order (1) dismissing the Counterclaims filed by Defendant Rutgers, the State University of New Jersey, a/k/a Rutgers, the State University of New Jersey, a/k/a Rutgers, Rutgers Cancer Institute of New Jersey ("Rutgers"), pursuant

to Rule 12(b)(6) of the Federal Rules of Civil Procedure, with prejudice, for failure to state a claim upon which relief can be granted and (2) granting Plaintiffs leave to amend their pleadings to assert a claim for defense and indemnity against Rutgers.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs will rely upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Dismiss Rutgers' Counterclaims for Failure to State a Claim and for Leave to Amend, the Certification of Mark A. Speed, Esq. in support of Plaintiffs' Motion to Dismiss Rutgers' Counterclaims and for Leave to Amend, and Exhibits, as well as all other documents filed and served to date.

PLEASE TAKE FURTHER NOTICE that Plaintiffs hereby request oral argument if opposition is filed.

BLICK LAW LLC

By: s/ MARK A. SPEED, ESQ.
Mark A. Speed, Esq.
mspeed@blicklaw.com
220 Davidson Avenue, Suite 300
Somerset, New Jersey 08873
(848) 222-3500 – Phone
(848) 222-3550 – Fax
http://www.blicklaw.com
*Attorneys for Plaintiffs*

Dated:   August 11, 2023