# JacksonLewis

Jackson Lewis P.C.
200 Connell Drive, Suite 2000
Berkeley Heights NJ  07922
(908) 795-5200 Main
(908) 464-2614 Fax
jacksonlewis.com
Jason C. Gavejian – Managing Principal

JOHN K. BENNETT
Email: John.Bennett@jacksonlewis.com

ROBERT J. CINO
Email: Robert.Cino@jacksonlewis.com

**ORDER**

August 16, 2023

**Via ECF**
Hon. Douglas E. Arpert, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 6W
Trenton, New Jersey 08608

Re: Goydos, *et al.* v. Rutgers, The State University of New Jersey, *et al.*
Civil Action No.: 3:19-cv-08966-BRM-DEA

Dear Judge Arpert:

This Firm represents Defendant, Rutgers, The State University of New Jersey, in this action. We write to respectfully request the automatic extension, pursuant to Local Civil Rule 7.1(d)(5), of the original motion day of Plaintiffs' Motion to Dismiss Defendant's Counterclaims and Motion for Leave to Amend the Third Amended Complaint (Dkt. No. 121, filed 08/11/2023).

Presently, the Court has set the original motion day of Plaintiffs' motion for September 5, 2023, with Defendant's responses to Plaintiff's motion due by August 22, 2023. These original dates have not been extended or adjourned by either party. Pursuant to Local Civil Rule 7.1(d)(5), with the automatic extension requested, the new motion day for Plaintiff's motion would be September 18, 2023, the next motion day following September 5, 2023, making Defendant's opposition papers due by September 5, 2023.

We thank the Court for its consideration.

Granted.
SO ORDERED 8/18/2023

Douglas E. Arpert, USMJ

Very truly yours,

JACKSON LEWIS P.C.

John K. Bennett
Robert J. Cino

JKB/RJC/tm
cc:   Mark A. Speed, Esq. (via ECF)

4855-3625-5608, v. 1