# blicklaw llc
## Attorneys at Law

*Mark A. Speed, Esq.*
*Direct: 848.300.0853*
*Mobile: 609.412.6045*
*mspeed@blicklaw.com*

220 Davidson Avenue, Suite 300
Somerset, New Jersey 08873
T - 848.222.3500
F - 848.222.3550
blicklaw.com

January 26, 2024

VIA ECV
Honorable Doughlas E. Arpert, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 6W
Trenton, New Jersey 08608

    RE:    *Goydos v. Rutgers et al.*
           *Civil Action No.: 3:19-cv-08966*

Dear Judge Arpert:

    As you may recall, this firm represents Plaintiffs James S. Goydos and Maria E. Martins with regard to the above-referenced matter. We are in receipt of Defendant's request for a 14 day extension of Defendant's time to file a Motion for Certification of the Court's December 28, 2023 interlocutory Order denying Defendant's Motion for Partial Reconsideration of the Court's February 28, 2023 Order denying, in part, Defendant's Motion to Dismiss the Third Amended Complaint. While we would generally defer to the Court regarding deadlines, Plaintiffs object to the requested 14 day extension as the Court has now twice correctly denied Defendant's request to dismiss Plaintiffs' Fifth Amendment Claims and the requested extension would only serve to delay this matter further.

    We thank the Court for its continued time and consideration of this matter.

                                        Respectfully submitted,

                                        MARK A. SPEED, ESQ.

Mas