# JacksonLewis

Jackson Lewis P.C.
200 Connell Drive, Suite 2000
Berkeley Heights NJ 07922
(908) 795-5200 Main
(908) 464-2614 Fax
jacksonlewis.com
Jason C. Gavejian – Managing Principal

JOHN K. BENNETT
Email: John.Bennett@jacksonlewis.com

ROBERT J. CINO
Email: Robert.Cino@jacksonlewis.com

*ORDER*

January 26, 2024

**Via ECF**
Hon. Douglas E. Arpert, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 6W
Trenton, New Jersey 08608

                Re:    Goydos, *et al.* v. Rutgers, The State University
                         of New Jersey, *et al.*
                         Civil Action No.: 3:19-cv-08966-GC-DEA

Dear Judge Arpert:

       This Firm represents Defendant, Rutgers, The State University of New Jersey ("Defendant"), in this action. We write in follow up to the telephone status conference held before Your Honor on January 8, 2024 (ECF No. 128). During this teleconference, Defendant advised the Court that it was considering whether to file a motion for certification of the Court's December 28, 2023 interlocutory Order denying Defendant's Motion for Reconsideration (ECF No. 126) of the Court's February 28, 2023 Order denying, in part, Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 103). Though 28 U.S.C. § 1292(b) does not set a statutory timeframe in which a motion for certification of an interlocutory Order must be filed, Defendant suggested, and Your Honor agreed, that the deadline to file such a motion should be set as January 26, 2024 (i.e., thirty (30) days after entry of the relevant interlocutory Order).

       Defendant continues to work diligently to determine whether to bring a motion for certification of the Court's December 28, 2023 interlocutory Order. In order to complete its review, Defendant respectfully requests an additional fourteen (14) days within which to file this motion (i.e., up to and including February 9, 2024).

*granted*

# JacksonLewis

Hon. Douglas E. Arpert, U.S.M.J.
United States District Court, District of New Jersey
January 26, 2024
Page 2

We thank the Court for its consideration.

Very truly yours,

JACKSON LEWIS P.C.

*s/ Robert J. Cino*
John K. Bennett
Robert J. Cino

JKB/RJC/tcm
cc:   All counsel of record (via ECF)

4858-2237-6864, v. 3

- Plaintiff's opposition is noted. All other case management dates remain effective.

So Ordered

[signature] USMJ