UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES S. GOYDOS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RUTGERS, THE STATE UNIVERSITY, *et al.*,<br><br>Defendants. | Civil Action No. 19-08966 (GC) (DEA)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Plaintiffs James Goydos and Maria E. Martins's motion to dismiss Defendant Rutgers, the State University's (Rutgers) counterclaims, under Federal Rule of Civil Procedure (Rule) 12(b)(6), and for leave to amend the operative complaint. (ECF Nos. 112, 121.) Following briefing by the parties, the Court carefully considered the parties' submissions and decided the motion without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this 28th day of March 2024 **ORDERED** as follows:

1. Plaintiffs' motion to dismiss Rutgers's counterclaims (ECF No. 121) is **GRANTED** in part and **DENIED** in part.

2. All of Rutgers's counterclaims, except the Second Counterclaim (ECF No. 112), are **DISMISSED** without prejudice. Rutgers shall have 21 days from the entry of this Order to amend its counterclaims.

3. Plaintiffs' motion for leave to amend (ECF No. 121) is **DENIED** without prejudice.

4. The Clerk's Office is directed to **TERMINATE** Plaintiffs' motion (ECF No. 121).

*/s/ Georgette Castner*
**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**