Shaun I. Blick, Esq.
Kara A. Findel, Esq.
Blick Law LLC
220 Davidson Avenue, Suite 408
Somerset, New Jersey 08873
(848) 222-3500 - Telephone
(848) 222-3550 - Fax
sblick@blicklaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAMES S. GOYDOS and MARIA E. MARTINS, | Civil Action No. 3:19-cv-08966 (RAK/JTQ) |
| Plaintiffs, | |
| vs. | |
| RUTGERS, THE STATE UNIVERSITY a/k/a RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY a/k/a RUTGERS, RUTGERS CANCER INSTITUTE OF NEW JERSEY (an independent institute at Rutgers, The State University), STEVEN K. LIBUTTI, individually and in his official capacity, BRIAN L. STROM, individually and in his official capacity, TIMOTHY J. FOURNIER, individually and in his official capacity, EUGENE SIMON, individually and in his official capacity, | **SECOND AMENDED PRETRIAL SCHEDULING ORDER** |
| Defendants. | |

This matter having come before the Court following the parties' counsel's meet-and-confer on a proposed revised pretrial discovery scheduling order, and the parties' counsel having conferred; and for good cause shown,

IT IS this ___ day of January 2025,

**ORDERED** that:

1. Depositions of parties and fact witnesses shall be completed by **Monday, March 31, 2025**;

2. Fact discovery shall be completed by **Monday, April 14, 2025**;

3. Plaintiffs' reports of any proposed expert(s) will be served by **Wednesday, May 14, 2025**;

4. Defendant's reports of any proposed expert(s) shall be served by **Monday, June 16, 2025;**

5. The parties shall complete all expert discovery by **Monday, July 14, 2025**;

6. Any dispositive motions are to be filed by **Friday, October 10, 2025, made returnable November 3, 2025**; and it is further:

**ORDERED** that counsel will meet and confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of an application to the Court. Any such dispute shall be brought promptly to the Court's attention by joint letter in accordance with the undersigned's Civil Case Management Order. **No discovery motion or motion for leave to amend will be entertained absent leave of Court and counsels' full compliance with L. Civ. R. 37.1(a)(1);** *see also* **L. Civ. R. 16.1(f);** and it is further

**ORDERED** that the Court may, from time to time, schedule conferences as may be required, either on its own or at the request of counsel; and it is further

**ORDERED** that failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions; and it is further

**ORDERED** that, pursuant to Local Civil Rule 16.1(b)(2), this Order shall be deemed to incorporate an order pursuant to Federal Rule of Evidence 502(d); and it is further

**ORDERED** that the parties are advised that the Court has various audio/visual and evidence presentation equipment available for use at trial at no cost to the Bar. This equipment includes an evidence presentation system, which consists of a document camera and a projector. The projector may be used to display images which originate from a variety of sources, including television, VCR and personal computer. The document camera may be used to display documents,

photographs, charts, transparencies, and small objects. For further information, please contact the Courtroom Deputy Mark Morelli at (609) 989-0502; and it is further

**ORDERED** that counsel are invited to use the George H. Barlow Attorney Conference Room located on the third floor of the Courthouse Annex. The room is equipped with telephones, laptop access/printer, copier, and fax.

_____
Hon. Justin T. Quinn, U.S.M.J.
