**jackson|lewis**  Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
200 Connell Drive
Suite 2000
Berkeley Heights NJ 07922
Tel 908 795-5200
Fax 908 464-2614
www.jacksonlewis.com

Jason C. Gavejian – Managing Principal

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MINNEAPOLIS, MN | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| ATLANTA, GA | GREENVILLE, SC | NASHVILLE, TN | RIVERSIDE, CA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HOUSTON, TX | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | INDIANAPOLIS, IN | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | LAS VEGAS, NV | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LONG ISLAND, NY | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOUISVILLE, KY | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON DC REGION |
| DAYTON, OH | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MILWAUKEE, WI | PROVIDENCE, RI | |

JOHN K. BENNETT
Email Address: John.Bennett@jacksonlewis.com

March 11, 2025

**VIA ECF**
Honorable Justin T. Quinn, U.S.M.J.
United States District Court, District of New Jersey
402 East State Street
Trenton, New Jersey 08608

     Re: Goydos, et al. vs. Rutgers, The State University of New Jersey
        Civil Action No. 3:19-cv-08966-RAK-JTQ

Dear Judge Quinn:

  Our office represents Rutgers, The State University of New Jersey in the above-referenced matter. We submit for Your Honor's approval the enclosed Consent Order regarding the release of Plaintiff James Goydos' unemployment compensation records from the New Jersey Department of Labor. The parties have agreed to the form, substance, and entry of this Order. Accordingly, if the enclosed Consent Order meets Your Honor's approval, the parties respectfully request Your Honor execute same.

  We thank the Court for its attention to this matter.

            Respectfully submitted,
            JACKSON LEWIS P.C.

            */s/ John K. Bennett*
            John K. Bennett
            Robert J. Cino
            Cody C. Hubbs

JKB/RJC/CCH:mc
Enclosures

cc: Shaun I. Blick, Esq. (Via ECF)
  Kara A. Findel, Esq. (Via ECF)

4936-8812-3942, v. 1