John K. Bennett, Esq. (Bar ID# 024201980)
Robert J. Cino, Esq. (Bar ID# 030672008)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANT,
RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES S. GOYDOS and MARIA E. MARTINS, | Case No. 3:19-cv-08966-RK-JTQ |
| Plaintiffs, | |
| vs. | **CONSENT ORDER** |
| RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, *et al.*, | |
| Defendants. | |

**THIS MATTER**, having been opened to the Court by Jackson Lewis P.C., attorneys for Defendant, Rutgers, The State University of New Jersey ("Rutgers") ("Defendant"), for an Order to produce the unemployment records of Plaintiff James S. Goydos ("Plaintiff"); the Court having considered this matter; Plaintiff consenting to this application; and for good cause shown;

**IT IS** on this _____ day of _____, 2024;

**ORDERED** that the New Jersey Department of Labor is to produce, to Jackson Lewis P.C., any and all unemployment compensation records regarding or relating to Plaintiff in any manner within fourteen (14) days of the date of this Order; and it is further

1

ORDERED that a copy of this Order shall be served upon all counsel of record upon filing to eCourts.

_____
Honorable Justin T. Quinn, U.S.M.J.

Blick Law LLC
220 Davidson Avenue, Suite 300
Somerset, NJ 08873

By: _____
Shaun I. Blick
Attorneys for Plaintiff

Dated: March 5, 2025

Jackson Lewis P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922

By: _____
John K. Bennett
Robert J. Cino
Attorneys for Defendant

Dated: ~~October~~ November 6, 2024

4869-2672-4594, v. 1

2